Eddie Billings Jr
Full name(s)

520 E Market St.
Street address or postal box number

Indianapolis, IN
City, State and zip code

_____
Phone Number

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 DEC 17 AM 10: 18

SOUTHERN DIST.
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____
(To be supplied by the Court)

**1:12-cv-1829 JMS-MJD**

Eddie Harold Billings Jr
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Barrack Obama

Joe ~~Biden~~ Biden

_____ Defendant(s).
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Eddie Harold Billings Jr, am a citizen of IN
   (Plaintiff name(s))                                                                 (State)

and presently reside at 520 E Market St Indianapolis
                        (mailing address)

2. Defendant _Joe Biden_ is a citizen of _Washington D.C_
   (name of first defendant)                    (State)

whose address is _1600 N Pennsylvania_ (work Address).

3. Defendant _Barrack Obama_ is a citizen of _Washington D.C_
   (name of second defendant)                   (State)

whose address is _1600 N Pennsylvania_ (work Address).

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to _Criminal Arrearge Finance's of do to jeopardy of citizen_

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

_2 years ago Mr Obama Broadcasted and Stated was Criminally in debt of a devist of 50 Billion dollars_

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Executuvie Protection Services against their own

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

They in fact did not arrest Obama for the Criminal Acreage Finance Situation

**Claim II:** Criminal Arrearage Child Support

**Supporting Facts:**

As you know any amount of $10,000.00 is a Felony Charge this is a supporting fact of Claim 1.

3

**Claim III:** Missouri State Massacre (2011) While working for the Beam Team read a news paper at the Hotel over Breakfast In Missouri State

**Supporting Facts:**

I am and can not say nor know that these parties that got caught nor did not get caught that they were not ops out of China County working for China County throughout the Detectives Office

### E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? ____Yes ✓ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional

lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed?
Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

## F. REQUEST FOR RELIEF

I request the following relief:

*I am asking for 4 million dollars*

_____          *Eddie H. Bell Jr*_____
Original signature of attorney (if any)                **Plaintiff's Original Signature**

5

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct.**

Executed at _Indianapolis_ on _12-17-2012_.
            (location)             (date)

_Eddi H. Billi_
**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the defendant(s). _____ Yes _____ No

Plaintiff demands a trial by jury. _____ Yes _____ No